IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAMARIS MCCALLEY, § | |
| § | |
| v. § | |
| § | Civil No. 4:21-cv-478-SDJ-KPJ |
| METHODIST SOUTHLAKE § | |
| HOSPITAL *et. al.*, § | |
| § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 22, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #24) that the following motions be granted in part and denied in part and that Plaintiff Damaris McCalley's ("Plaintiff") claims in this action be dismissed: Defendant Methodist Southlake Hospital's Motion to Dismiss and Alternative Motion for a More Definite Statement (Dkt. #11); Defendant Methodist Mansfield Medical Center's Motion to Dismiss and Alternative Motion for a More Definite Statement (Dkt. #14); Defendant Olufemi Abiodun's Motion to Dismiss and Alternative Motion for a More Definite Statement (Dkt. #17); and Defendant Clifton Lyndell Cox, II's Motion to Dismiss and Alternative Motion for a More Definite Statement (Dkt. #18) (together, the "Motions to Dismiss").

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and

1

conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, the Motions to Dismiss (Dkts. # 11, 14, 17, 18) are hereby **GRANTED**. The Court will enter final judgment under separate cover.

**So ORDERED and SIGNED this 25th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE