IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAMARIS MCCALLEY, | § § | |
| v. | § § | |
| METHODIST SOUTHLAKE HOSPITAL *et. al.*, | § § § § § | Civil No. 4:21-cv-478-SDJ-KPJ |

# FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge entered on this date, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Damaris McCalley's claims asserted in this action are hereby **DISMISSED WITH PREJUDICE.**

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 25th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE