In the United States
District Court
For Eastern District of Texas
Sherman Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 25 2022
BY DEPUTY_____

Damaris McCalley,
Plaintiff

V.

Methodist Southlake Hospital
Dr. Clifton Lyndell Cox II
Methodist Mansfield Hospital
Dr. Olefemi Abraden

Civil Action #
4:21-cv-478-SDJ-KPJ

## Motion for Continuation on Appeal Notice

Comes now, Damaris McCalley, Pro-se Plaintiff with federally recognized Disabilities caused directly by the Plaintiffs. I have filed motions to reinstate my case based on total lack of service on orders that my case was allegedly dismissed on. The court did not serve me the magistrate orders to present day despite my requests and complaints. The court has also failed to respond to any of my motions. I am awaiting response on whether my case will be re-enstated. A request for trial by jury and jury demand were filed, the former in the formal complaint itself.

The Defendants + Court have illegally colluded together Under Color of Law to deny me Trial by Jury + Due Process. If the Court + Defendants want to continue to bar my medical care by denying me my medical records + keeping locks on my medical records in the TDDC system they will be sued. I will also have done to the Defendants what they did to me. It is illegal to operate on body parts without permission + threaten + harrass a victim as well as shut down police investigations. The Defendants have lied and committed libel in their responses to the court. This is notice of suit for that. If the court wants to say I cannot or did not give Notice of Appeal, well yes I DID and here it is. The last hospital who lied about my kidney infection is also going to be sued.

Certificate$ of service: served on all Defendants via e-mail + Pacer filing May 25th 2022.

Signed & certified,
Damaris McCalley, Pro-Se Litigant,
1335 Lark Lane, Lewisville, TX 75077
damaris.mccalley@gmail.com (682)552-6623